

LAW OFFICES

One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

ALBUQUERQUE
BOISE
DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
PORTLAND
RENO
SALT LAKE CITY
SAN DIEGO
SEATTLE
TUCSON
WASHINGTON DC

**Taryn J. Gallup**
(602) 382-6547
tgallup@swlaw.com

November 2, 2020

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 11/4/2020

<u>**VIA ECF**</u>

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Frankie Monegro v. Bradshaw International, Inc.*
Case No. 1:20-cv-8379 (VSB)

Dear Judge Broderick:

    This firm was recently retained to represent defendant Bradshaw International, Inc. ("Defendant") in the above-referenced action. This letter is written pursuant to Rule 1.G. of Your Honor's Individual Rules & Practices in Civil Cases, to request an extension of Defendant's time to answer, move, or otherwise respond to the Complaint from Thursday, November 5, 2020 to Friday, December 4, 2020. Plaintiff has consented to this request.

    Defendant's request is made in light of our recent retention so that Defendant may be afforded sufficient time to review, investigate, and analyze the allegations in the Complaint and determine an appropriate response. This is Defendant's first request for an extension of this deadline. No other deadlines have been scheduled in this case as of this date.

    Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Snell & Wilmer L.L.P.

*s/ Taryn J. Gallup*

Taryn J. Gallup

TJG:dr
cc: All counsel of record (by ECF)
4835-0067-7840

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.